**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: )<br>)<br>IN THE MATTER OF RICHARD E. )<br>FILIPPI, )<br>          Petitioner ) | Misc. No. 05-19 Erie |

## O R D E R

AND NOW, this 1st day of November, 2005, the Petitioner having filed in this Court a Motion to Supplement Record [Doc. # 23], the stated purpose of which is to perfect his appeal from this Court's Order entered on October 19, 2005,

IT IS HEREBY ORDERED that said motion is DENIED, as the evidence which Petitioner now seeks to incorporate into the record for appeal purposes was not part of the district court record at the time this Court entered its October 19, 2005 Order. See Fassett v. Delta Kappa Epsilon (New York), 807 F.2d 1150, 1156 (3d Cir. 1985).

                                                                                 s/    Sean J. McLaughlin
                                                                                    United States District Judge

cm:   All counsel of record.